# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **WILLIAMS GORDON GIES,** | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. **3:18-cv-2700-L** |
| | § § | |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** | § § § § | |
| Defendant. | § | |

## ORDER

This social security appeal was referred to United States Magistrate Judge Irma Ramirez, who entered the Finding, Conclusions, and Recommendations of the United States Magistrate Judge ("Report") (Doc. 17) on March 3, 2020, recommending that the court reverse the Commissioner's decision and remand this action for further proceedings. No objections to the Report were filed.

After reviewing the pleadings, briefs, file, record in this case, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**, and this action is **remanded** for further proceedings consistent with the magistrate judge's Report.

**It is so ordered** this 18th day of March, 2020.

*[signature]*
Sam A. Lindsay
United States District Judge

Order – Solo Page